CATHERINE V. TROWBRIDGE, Appellant, *v.* KATIE OEHMSEN, Respondent.

*Appeal — motion to dismiss denied upon payment of costs.*

Reported below, 207 App. Div. 740.

(Submitted June 1, 1925; decided June 9, 1925.)

MOTION to dismiss an appeal from a judgment, entered May 8, 1924, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon

a decision of the court at a Trial Term without a jury and directing judgment in favor of defendant.

The motion was made upon the ground of failure to file the required undertaking and serve copies of the case and briefs.

*William Baruch* for motion.

*Benjamin I. Taylor* opposed.

Motion granted unless plaintiff within ten days pays ten dollars costs ·of motion in which case the motion is denied.